# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0124.  JASON OLANIYI LYTHCOTT v. THE STATE.**

On October 10, 2019, Jason Olaniyi Lythcott filed this discretionary application from the trial court's August 23, 2019 order dismissing his motion to withdraw his November 2016 guilty plea and denying his motions to reduce and vacate a void or illegal sentence. We, however, lack jurisdiction.

The denial of a motion to withdraw a guilty plea may be appealed directly. See *Smith v. State*, 283 Ga. 376, 376 (659 SE2d 380) (2008). Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d). The proper and timely filing of an application is an absolute requirement to confer appellate jurisdiction upon this Court. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Lythcott's application was filed 48 days after entry of the order he seeks to appeal, this Court lacks jurisdiction to consider the application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/12/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.